1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  17802 Irvine Blvd.
   Suite A117
3  Tustin, CA 92780
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff STEVEN NGO
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 STEVEN NGO, an individual            )   Case No.:  8:16-cv-01833-JCG
                                        )
12              Plaintiff,              )   **ORDER RE STIPULATION OF**
                                        )   **VOLUNTARY DISMISSAL OF**
13       vs.                            )   **ENTIRE ACTION WITH**
                                        )   **PREJUDICE**
14 KAYOUNG FIVE, LLC, a limited         )
   liability company,                   )
15                                      )
                                        )   [Hon. Jay C. Gandhi presiding]
16              Defendants.             )
                                        )
17                                      )

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice in its entirety.  Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: March 23, 2017      _____

Judge, United States District Court,
Central District of California